FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 2 4 2011

BY D. MARK JONES, CLERK

DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KIRK D. MCCLEERY and JODY L. MCCLEERY,<br><br>Plaintiffs,<br><br><br>v.<br><br><br>SOUTHERN UTAH TITLE; et al.,<br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br><br>Case No. 2:11-cv-350<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate

Judge Brooke C. Wells on August 3, 2011, recommending the District Court grant BAC's and

Bank of America's Motion to Intervene and grant the Defendants' Motion to Dismiss.

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it. Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate

Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

Accordingly, the Court hereby:

(1) GRANTS BAC's and Bank of America's Motion to Intervene; and

(2) GRANTS the Defendants' Motion to Dismiss.


IT IS SO ORDERED.

Dated this 23rd day of August, 2011.

Dee Benson
United States District Judge